

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Demetrion Brewer,

    Defendant.
_____/

Case: 4:26-cr-20075
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 02-18-2026
INDI USA v. Demetrion Brewer (tt)

Violations:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 3147

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**
**18 U.S.C. § 3147 – Offense Committed While on Pretrial Release**

1. On or about October 3, 2025, in the Eastern District of Michigan, defendant, Demetrion Brewer, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, and knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed, in and affecting interstate commerce, a firearm, that is, a .40 caliber Glock, model 23, semi-automatic pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

2. On or about July 2, 2025, in the Eastern District of Michigan, defendant Demetrion Brewer was placed on pretrial release in the case of *United States v. Demetrion Brewer*, case no. 25-mj-30420. That same day, Demetrion Brewer was notified of the potential effect of committing a federal offense while on pretrial release in an order setting the conditions of his release. On October 3, 2025, Demetrion Brewer remained released under chapter 207 of Title 18 of the United States Code. On October 3, 2025, Demetrion Brewer committed felon in possession of a firearm, a felony offense, in violation of 18 U.S.C. § 922(g)(1), by knowingly and unlawfully possessing a firearm that traveled in interstate commerce after knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, and as alleged above in paragraph one.

All in violation of Title 18, United States Code, Section 3147.

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

3. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461. Upon conviction of the offense charged in Count One of this Indictment, Defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461,

any firearm or ammunition involved in said offense including but not limited to: a .40 caliber Glock, model 23, semi-automatic pistol, s/n: CFVD158, and ammunition.

<u>Substitute Assets</u>:  If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

                                                THIS IS A TRUE BILL

                                                s/GRAND JURY FOREPERSON
                                                GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney


s/ANTHONY P. VANCE
Anthony P. Vance
Chief, Branch Offices

s/BLAINE LONGSWORTH
Blaine Longsworth
Assistant United States Attorney

Date: February 18, 2026

| Companion Case information MUST be completed by AUSA a | | Case: 4:26-cr-20075 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S | Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 02-18-2026<br>INDI USA v. Demetrion Brewer (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it a

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: BL |

Case Title: USA v. U.S. v Demetrion Brewer

County where offense occurred: Genesee

Check One:    ☑ Felony       ☐ Misdemeanor       ☐ Petty

　　X　Indictment/_____Information --- **no** prior complaint.
　　___Indictment/_____Information --- based upon prior complaint [Case number: _____]
　　___Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 18, 2026
　　　　Date

s/Blaine Longsworth
Blaine Longsworth
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: blaine.longsworth@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013